THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDIE BARBERRY, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of knowingly receiving the proceeds of prostitution. (Penal Law, § 2460, subd. 8.) Judgment unanimously affirmed. The defendant's guilt was established beyond any doubt, hence the instances, invoked by the appellant, of improper and unjudicial conduct, which appear in the record, do not justify a reversal in the interest of justice. Such conduct, apart from other claimed instances of unjudicial conduct, which do not appear in the record, necessitates an expression by this court of emphatic disapproval thereof. Such conduct is wholly unnecessary and tends to bring the administration of justice into disrepute (*People* v. *De Martino*, 252 App. Div. 476, 480, 481), and there should be no recurrence of it. Present — Close, P. J., Carswell, Johnston and Lewis, JJ.; Adel, J., concurs in the result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CASALE, Appellant.— Defendant appeals from judgments convicting him of the crimes of violating subdivision 1 of section 65 of the Alcoholic Beverage Control Law, and subdivision 3 of section 484 of the Penal Law, rendered by the Court of Special Sessions of the City of New York, Borough of Brooklyn. Judgments modified on the facts by reducing the sentence for each of the violations to three months in the workhouse, the sentences to run concurrently. As thus modified, the judgments are unanimously affirmed. The proof is sufficient to warrant the determination by the trial court that the defendant knew, at the time that he sold the beer, that each of the females was under the age of eighteen years, despite their assurances as to their age. The sentences, however, were excessive. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR DOTY, Appellant.— Judgment of the County Court, Queens County, adjudging defendant guilty of the crime of attempted grand larceny in the first degree as a fourth offense, insofar as appealed from, unanimously affirmed. While the trial court erred in admitting in evidence the unsigned and unauthenticated fingerprint records from the States of Ohio and South Carolina, on the trial of the information filed pursuant to section 1943 of the Penal Law, the error was harmless and may be disregarded. The identity of the defendant was established beyond a reasonable doubt by his admissions, on his plea of guilty in this case, that he had been previously convicted in the Court of General Sessions, New York County, and by his admission there that he had been previously convicted in the States of Ohio and South Carolina. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.